**EXHIBIT 4**

# Oklahoma Employment Security Commission

FACT FINDING > 409 QUESTIONS - rc1540
Notice of Pre-Determination Factfinding

ADDRESS: PATRICIA PFAU
16 SW 170TH STREET

OKLAHOMA CITY OK 73170

PHONE: 405-735-7922
FAX:

SYSTEM DATE: 10/23/14
SYSTEM TIME: 14:11:19

SSN: 503645210
CLAIM ID: 242683794
DATE: 10232014     TIME: 095636
NAME: PATRICIA   M   PFAU
ISSUE: 2404    10 Day Call: ☐
EMPLOYER: SODEXO OPERATIONS LLC
ELECTRONIC 617
UI SIDES - TALX

PHONE: 3149972100

The information received previously from you will be considered in issuing a determination. However, additional detailed information is needed regarding the enclosed statement and/or above-mentioned Unemployment Insurance Claim. <u>This information must be received by 5:00pm on or before the date listed below:</u>

## RESPOND BY DATE:

Failure to respond may affect the outcome of the claim. In your response, please address all the questions on this form. You should include any documentary evidence pertaining to the issue. You may mail, telephone or FAX your response to this office #405-962-7524.

FAILURE TO ADDRESS <u>ALL</u> QUESTIONS MAY AFFECT THE DECISION.

QUESTIONS:

Q) YOU INDICATED YOU TENDERED YOUR RESIGNATION DUE TO A CONFRONTATION WITH YOUR BOSS MARK COULTER. IS THAT CORRECT?

| |
|---|
| A) YES |
| |
| Q) DID YOU ASK HIM TO NOT ACT IN THAT MANNER WITH YOU? IF NO, WHY NOT? |
| A) OH, NO, I JUST WANTED TO LEAVE BEFORE HE BECAME VIOLENT. I DIDN'T FEEL LIKE I HAD THE OPPORTUNITY. HE SAID 'I (HE) HAVE TO LEAVE' AND HE IMMEDIATELY LEFT THE OFFICE. |
| Q) DID YOU REPORT THIS TO HIS BOSS? WHAT RESULTS? IF NO, WHY NOT? |
| A) YES. HE ASKED ME TO STAY AND TRY TO WORK IT OUT WITH HIM AND I DECLINED. |
| |
| Q) HAD THIS HAPPENED BEFORE WITH YOU? IF YES, WHEN? WHAT HAPPENED? |
| A) NO |
| |
| |
| Q) HAD YOU REPORTED ANY ACTIONS CONCERNING THE WORK ENVIRONMENT TO ANY ONE IN HR OR HIS SUPERIORS? IF NO, WHY NOT? IF YES, WHAT RESULTS? |
| A) NO, NOT AS IT RELATED TO HIM. |
| |
| Q) WHEN YOU REPORTED THIS TO HIS BOSS, DID YOU THEN ATTEMPT TO SPEAK TO HR ABOUT THIS? |
| A) I SENT AN EMAIL TO HR AND HIS BOSS SIMULTANEOUSLY. I LEFT THE SAME DAY. |

SIGNATURE: [                    ]    DATE: [    ]

DISPLAY CONTACTS: ☐    DISPLAY COMMENTS: ☐

| CONTACT INFORMATION |
|---|
| **PHONE NUMBER:** |
| 405-735-7922 |
| **PARTY CONTACTED:** ○ Employer  ● Claimant  ○ Other  **NAME:** |
| PATRICIA PFAU |
| **TITLE:** |
| CLAIMANT |

| RESULTS: | DATE & TIME: | |
|---|---|---|
| Left Message | 10/23/14 | 0955 |
| Info Received | 10/23/14 | 1414 |
|  |  |  |

**IF MESSAGE LEFT:**
**ADVISED TO PROVIDE INFORMATION BY:**
LM DUE 10/27/14

**ADVISED PARTY THAT FAILURE TO RESPOND COULD AFFECT THE OUTCOME OF THE CLAIM:** ☑

**INTERVIEWER NAME:**
FELIX 918-610-2313

Please mail, telephone or FAX your reply to the Local Office listed below: You may fax this document free of charge at your local Workforce Center.

| UNEMPLOYMENT INSURANCE SERVICE CTR    (CLAIM ID: 242683794) |
|---|
| P O BOX 52006 |
|  |
| OKLAHOMA CITY OK 73152-2006 |
|  |
| FAX # 405-962-7524 |

[Print to Mail]  [Store]  [View Only]  [Call Disconnected]