IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| 1.  PATRICIA PFAU, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CIV-14-1376-C |
| | ) | |
| 1.  SODEXO OPERATIONS, LLC, and | ) | |
| 2.  MARK COULTER, | ) | |
| | ) | **ATTORNEY LIEN CLAIMED** |
| Defendants. | ) | **JURY TRIAL DEMANDED** |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41 (a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Plaintiff, Patricia Pfau, hereby stipulates with the Defendants, Sodexo Operations, LLC, and Mark Coulter, that her claims in the above styled and numbered action shall be dismissed with prejudice. The parties shall bear their own costs and attorney fees.

**RESPECTFULLY SUBMITTED THIS 27th DAY OF MARCH, 2015.**

s/Lauren W. Johnston
Jana B. Leonard, OBA # 17844
Lauren W. Johnston, OBA # 22341
LEONARD & ASSOCIATES, P.L.L.C.
8265 S. Walker
Oklahoma City, OK 73139
Telephone:   405-239-3800
Facsimile:    405-239-3801
leonardjb@leonardlaw.net
johnstonlw@leonardlaw.net
*Counsel for Plaintiff*

                    s/ Jeremy Tubb
*(Signed with permission)*
Jeremy Tubb, OBA #16739
Matthew S. Panach, OBA #22262
FULLER TUBB BICKFORD & KRAHL, PLLC
201 Robert S. Kerr, Suite 1000
Oklahoma City, OK 73102
Telephone:   (405) 235-2575
Facsimile:   (405) 232-8384
jeremy.tubb@fullertubb.com
panach@fullertubb.com
*Counsel for Defendants*